884 A.2d 1251

IN THE MATTER OF HERBERT F. LAWRENCE, AN ATTORNEY
AT LAW (ATTORNEY NO. 261181970).

November 3, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–076, concluding that **HERBERT F. LAWRENCE** of **ASBURY PARK,** who was admitted to the bar of this State in 1970, should be suspended from the practice of law for a period of one year for violating *RPC* 8.4(c) (conduct involving dishonesty) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Court having granted respondent's petition for review and **HERBERT F. LAWRENCE** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **HERBERT F. LAWRENCE** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective December 1, 2005; and it is further

ORDERED that **HERBERT F. LAWRENCE** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.